In re Nomination Paper of Dorothy SCHIEBER, Candidate for U.S. House of Representatives 6th Congressional District, Marcel Groen, Robert Roggio, and F. Michael Wysocki.

Appeal of Dorothy Schieber, at No. 169.

Appeal of Marcel Groen, Robert Roggio, Jonathan Wachs and F. Michael Wysocki at No. 170.

Supreme Court of Pennsylvania.

Submitted Oct. 1, 2004.

Decided Oct. 12, 2004.

Samuel C. Stretton, Esq., West Chester, for Dorothy Schieber.

Mark Alan Aronchick, Esq., Nina L. Russakoff, Esq., Philadelphia, for Groen, Roggio, Wachs and Wysocki.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

*ORDER*

PER CURIAM.

**AND NOW,** this 12th day of October, 2004, the ORDER of the Commonwealth Court is hereby AFFIRMED.